AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Michael Boatman, | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 17 - CV - 1009 |
| James M. Corkery and Ann Corkery, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James M. Corkery and Ann Corkery

Date:   03/06/2017

_____
*Attorney's signature*

Alan I. Becker # 0147524
*Printed name and bar number*

303 W. Madison Street, Ste. 300
Chicago, IL  60606
*Address*

becker@litchfieldcavo.com
*E-mail address*

(312) 781-6622
*Telephone number*

(312) 781-6630
*FAX number*

## **CERTIFICATE OF SERVICE**

I, Alan I. Becker, hereby certify that on March 6, 2017, I caused the foregoing to be served on all counsel of record via CM/ECF electronic filing.

/s/ Alan I. Becker