E-FILED
Thursday, 08 February, 2018  12:23:19 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

MICHAEL BOATMAN,

     *Plaintiff,*

     v.

KEPPLE PREMIER REAL ESTATE, LLC,
THE KEPPLE TEAM, LLC, LINDA KEPPLE,
JAMES M. CORKERY, and ANN CORKERY,

     *Defendants.*

-----------------------------------------------------------------
JAMES M. CORKERY, and ANN CORKERY,

     *Counterclaimant,*

     v.

MICHAEL BOATMAN

     *Counterclaim Defendant.*

-----------------------------------------------------------------
JAMES M. CORKERY, and ANN CORKERY,

     *Cross-claimants,*

     v.

TRICIA YOCUM and LINDA KEPPLE

     *Cross-claim Defendants.*

-----------------------------------------------------------------
KEPPLE PREMIER REAL ESTATE, LLC,
THE KEPPLE TEAM, LLC, LINDA KEPPLE,

     *Cross-claimants,*

     v.

JAMES M. CORKERY

     *Cross-claim Defendant.*

Civil Action No.
1:17-cv-01009-JES-JEH

**JAMES CORKERY AND ANN CORKERY'S MEMORANDUM IN SUPPORT
OF ITS MOTION TO ALTER OR AMEND THE COURT'S JANUARY 31, 2018 ORDER**

On January 31, 2018, the Court issued an order ("Order") granting Tricia Yocum's ("Yocum") motion to dismiss Count I of the James M. Corkery and Ann Corkery's (collectively, the "Corkerys") Cross-Claims.  The Motion to Dismiss was made pursuant to Rule 12(b)(6), challenging the sufficiency of the Corkerys' pleading, and was not a Motion for Summary Judgment.  The Court inferred from the pleading that the DVD with photographs was sold by Yocum to the Corkerys after the Corkerys termination of Yocum as the Corkerys' Real Estate agent.  However, the facts and documents shows that this is not the case.

**ARGUMENT**

1.      The Corkerys filed their Cross-Claim against Co-Defendant, Tricia Yocum ("Yocum") (Dkt. No. 57), on October 9, 2017, as part of their answer to Plaintiff, Michael Boatman's ("Boatman"), Amended Complaint.

2.      Count I of the Corkerys' Cross-Claim sought recovery against Yocum for Breach of Duty under the Illinois Real Estate Licensing Act.

3.      On January 31, 2018, this Court granted Yocum's Motion to Dismiss the Corkerys' Cross-Claim, pursuant to Rule 12(b)(6), and dismissed, among other things, Count I with prejudice.

4.      According to the January 31, 2018 Order, the Court inferred that the DVD with photographs was sold after the Corkerys termination of Yocum as the Corkerys' Real Estate agent and that the Illinois Real Estate Licensing Act therefore did not apply.

5.      However, the facts and documents show that this is not the case.

6.      On September 3, 2015, James Corkery had a telephone conversation with Yocum, in which the sale of the DVD with photographs and her termination were both discussed.

Attached as <u>Exhibit A</u> is a copy of phone records produced in discovery which relate to phone calls between James Corkery and Yocum, and James Corkery and Co-Defendant, Kepple.

7.      It was during this phone call that Yocum agreed to sell the DVD with the photographs to James Corkery.

8.      Subsequently, on September 8, 2015, James Corkery and Yocum executed the Listing Contract Extension / Change Form which terminated Yocum as the Corkerys real estate agent.  Attached as <u>Exhibit B</u> is a true and correct copy of the Listing Contract Extension / Change Form.

9.      Thus, the accurate sequence of events is that Yocum agreed to sell the DVD with photographs during the September 3, 2015 phone call, *before* the termination of Yocum's listing agreement with the Corkerys, so that Yocum was still the Corkerys' listing agent at the time of the sale of the DVD with photographs to the Corkerys.

10.     Under Rule 8, "[a] claim may be dismissed only if 'it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief.' " *Antonelli v. Sheahan*, 81 F.3d 1422, 1427 (7th Cir.1996), *quoting*, *Conley v. Gibson*, 355 U.S. 41, 45–46, (1957).

11.     Here, as there exists a set of facts that support the Corkerys' claim which would entitle them to relief under the Real Estate Licensing Act, specifically that Yocum agreed to sell the DVD with photographs without disclosing the limitation of the license granted to her by Boatman while she was the listing agent for the Corkerys, Count I of the Corkerys' Cross-Claims should not be dismissed.

## CONCLUSION

Therefore, for the foregoing reasons, the Corkerys request that this Court alter or amend its January 31, 2018 Order as follows:

1) Amend the portion of the Order dismissing Count I of the Corkerys' Cross-Claims with prejudice, to reflect that the dismissal is without prejudice with the Corkerys granted leave to re-plead in accordance with the documents disclosed herein; or, in the alternative,

2) Amend the portion of the Order dismissing Count I of the Corkerys' Cross-Claims with prejudice, to reflect that Yocum's Motion to Dismiss Count I of the Corkery's Cross-Claims is denied.

Date:   February 8, 2018                Respectfully submitted,

                                        LITCHFIELD CAVO LLP,

                                        /s/  Alan I. Becker
                                        Attorney for Defendants,
                                        James M. Corkery and Ann Corkery

Alan I. Becker, Esq.
Ryan D. Janski, Esq.
**LITCHFIELD CAVO LLP**
303 W. Madison Street, Suite 300
Chicago, Illinois 60606
Telephone:  (312) 781-6622 (Becker)
Telephone:  (312) 781-6667 (Janski)
Fax:          (312) 781-6630
becker@litchfieldcavo.com
janski@litchfieldcavo.com

4

MMM-JEH    # 92    Page 5 of 6

**CERTIFICATE OF COMPLIANCE**

1.    This brief complies with the type volume limitations of C.D. Ill. Local R.7.1(B)(4) because it does not exceed fifteen pages in length. This brief contains 630 words, excluding the signature block and certificates.

2.    This brief complies with the typeface and type-style requirements of C.D. Ill. Local Civ. R. 5.1 (C) because it has been prepared in proportionally spaced typeface using Microsoft Word 2010 in Times New Roman 12-point font.


This 8th day of February, 2018

                                                              /s/  Alan I. Becker
                                                              Attorney for Defendants,
                                                              James M. Corkery and Ann Corkery

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that he served a copy of **James Corkery and Ann Corkery's Memorandum in Support of its Motion to Alter or Amend the Court's January 31, 2018 Order** upon counsel registered with the Clerk of the Court using the CM/ECF system, on February 8, 2018:

☒   With the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

☐   Personal service

☐   U.S. mail, by depositing it in the U.S. mail at 303 West Madison Street, Chicago, Illinois at or before 5:00 p.m. with proper postage prepaid to the address listed above.

☐   Overnight delivery to the address listed above.

☐   Facsimile machine from Chicago, Illinois, to the telephone number(s) listed above.

☐   E-mail from Chicago, Illinois, to the email addresses of the parties listed above.


/s/  Alan I. Becker


Alan I. Becker, Esq.
Ryan D. Janski, Esq.
**LITCHFIELD CAVO LLP**
303 W. Madison Street, Suite 300
Chicago, Illinois 60606
Telephone:  (312) 781-6622 (Becker)
Telephone:  (312) 781-6667 (Janski)
Fax:         (312) 781-6630
becker@litchfieldcavo.com
janski@litchfieldcavo.com